# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DISH NETWORK CORPORATION, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 2:09-CV-171 (DF) |
| TIVO INC., | § § § | |
| Defendant. | § § | |

## **O R D E R**

The Court hereby **STAYS** the above-styled case pending Dish Network's appeal in related case number 2:04-CV-1.

**SIGNED this 19th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE